Charles W. Daff, TRUSTEE
2009 N. Broadway
Santa Ana, CA  92706
Telephone:  (714) 541-0301
Facsimile:   (714) 569-0515

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>BOWYER, MATHEW RAYMOND<br><br><br><br><br><br>Debtor(s) | Case No.: 8:11-17752-RK<br><br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: Timothy G Mcfarlin
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **August 24, 2011** at **9:00 a.m.** at 411 W. Fourth Street, Room 3-110, Santa Ana, CA 92701, for the reason set forth below:

You are required to provide additional documentation to the trustee and return for further examination.

Dated:  July 28, 2011                                      /s/ Charles W. Daff
                                                                             Charles W. Daff
                                                                             Chapter 7 Trustee


I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on July 28, 2011.

                                                                             /s/ April Hannum
                                                                             April Hannum