```
                          United States Bankruptcy Court
                           Central District of California
In re:                                                         Case No. 11-17752-RK
Mathew Raymond Bowyer                                          Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0973-8          User: abernsonC            Page 1 of 2            Date Rcvd: Dec 05, 2011
                              Form ID: b18               Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2011.
db          +Mathew Raymond Bowyer,    28 Wildrose Place,    Aliso Viejo, CA 92656-7058
tr          +Charles W Daff (TR),    2009 N. Broadway,    Santa Ana, CA 92706-2611
29482669    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
29482670    +Lynch Ambulance,    2950 E La Jolla Street,    Anaheim, CA 92806-1307
29482671    +Pediatric Subspecialty Faculty,    Dept 1814,    Los Angeles, CA 90084-0001
29482672    +Real Time Resolutions,    1750 Regal Row,    Dallas, TX 75235-2289
29482674    +Us Bank,    Po Box 130,    Hillsboro, OH 45133-0130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: BCWDAFF.COM Dec 06 2011 05:18:00      Charles W Daff (TR),   2009 N. Broadway,
               Santa Ana, CA 92706-2611
smg           EDI: EDD.COM Dec 06 2011 05:18:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA 94280-0001
smg           EDI: CALTAX.COM Dec 06 2011 05:18:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
               P.O. Box 2952,    Sacramento, CA 95812-2952
29482673     +E-mail/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG Dec 06 2011 05:30:35      Schoolsfirst Fcu,
               Po Box 11547,    Santa Ana, CA 92711-1547
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 07, 2011**                               **Signature:** *Joseph Speetjens*

```
District/off: 0973-8          User: abernsonC            Page 2 of 2                    Date Rcvd: Dec 05, 2011
                              Form ID: b18               Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2011 at the address(es) listed below:
          Charles W Daff (TR)   cdaff@epiqtrustee.com,   cdaff@ecf.epiqsystems.com;c122@ecfcbis.com
          Timothy  McFarlin    on behalf of Debtor Mathew Bowyer tmcfarlin@yahoo.com,
           talien@mgcalaw.com;kathy@mgcalaw.com
          United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
                                                                                 TOTAL: 3

B18 (Official Form 18)(12/07)

# United States Bankruptcy Court
# Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593

## DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Mathew Raymond Bowyer

**BANKRUPTCY NO.** 8:11-bk-17752-RK

**CHAPTER** 7

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-0906
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 12/5/11

**Address:**
28 Wildrose Place
Aliso Viejo, CA 92656

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: December 5, 2011

**Kathleen J. Campbell**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social-security numbers or individual taxpayer-identification numbers.

(Form b18-DIS Rev. 03/09) VAN-30                                                                  14 – 5 / ABG

B18 (Official Form 18) Cont.
Rev.(12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.